

FILED
CLERK, U.S. DISTRICT COURT

JUL 31 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

JIMMY JACKSON,

          Defendant.

Case No.  16 CR-00625-PA

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions)

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The Court finds no condition or combination of conditions that will reasonably assure:

       ☒     the appearance of defendant as required; and/or

       ☒     the safety of any person or the community.

//

//

//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk to the safety of other persons or the community is based on:

- Instant allegations in violation petition, including new positive drug tests after admitting to previously violating supervised release on June 26, 2017 before district judge

☒ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk. The risk of flight is based on:

- Instant allegations in violation petition
- Ongoing substance abuse, as described in violation petition and accompanying report

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 07/31/2017

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE